# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
2010 JAN 29 AM 9:31
U.S. BANKRUPTCY COURT
DULUTH, MN

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **VIDEEN, DAVID & SANDRA**

Chapter 13 Case No. **05-50331**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| **QWEST** PO BOX 5508 BISMARCK, ND 58506-5508 | 25 | $717.91 | $2.27 |
| **MOLL FORD** 209 LEMIEUR ST LITTLE FALLS, MN 56345 | 2 | 365.91 | $1.16 |

TOTAL TO CLERK'S FUND               $3.43

January 26, 2010                 /s/ Kyle L Carlson
DATE                             TRUSTEE

*3 2047*
*1-29-*
*2 checks*